Rosie Greenfeld, Respondent, v. Hyman Sklamberg, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Hattie Gordon, Respondent, v. Walter M. Patterson, Doing Business under the Firm Name and Style of William Patterson & Son, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Ellen Lynch, Respondent, v. Frank Seery, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

P. W. Brooks & Co., Inc., Appellant, v. Carl M. Pihl, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

T. Ruth Spencer, Respondent, v. William T. Starr and Another, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to said defendants to answer within ten days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Frank Freeman, Respondent, v. Matthias P. Moller, Doing Business as Crawford Automobile Company of Hagerstown, Maryland, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Roxanna P. McIntosh, as Administratrix, etc., of Clarence B. McIntosh, Deceased, Respondent, v. Glory Bottling Company of New York, Inc., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $4,810.69, in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Alta Donefer, Respondent, v. Nathan Donefer, Appellant.— Judgment modified by reducing the alimony to fifteen dollars a week and by providing that the defendant shall have the privilege of visiting the child, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Abraham Koerner, Appellant, v. Alfred Apple and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

The People of the State of New York, Respondent, v. Salvatore De Marco, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

In the Matter of the Final Accounting of Arthur M. Eisig and Others, as Trustees under the Last Will and Testament of Henry Bendheim, Deceased.— Decree so far as appealed from affirmed, with costs to both parties to this appeal payable out of the estate. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.